SAM MEYEROWITZ, Appellant, v. FARRAGUT GARDENS NO. 3, INC., Respondent.—

Under the facts and circumstances presented upon the second application, the denial of a preference was an improvident exercise of discretion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.